UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10223-GAO


ELIZABETH A. DESIMONE,
as Personal Representative of the Estate of EMILIO J. MARCHIONNE,
Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY et al.,
Defendants.

ORDER
February 25, 2015

O'TOOLE, D.J.

The plaintiffs and 62 of the defendants have moved pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss all claims against those defendants with prejudice and without costs. The parties state that the remaining defendant, Yarway Corporation, has filed for bankruptcy and is not included in the motion.

All parties affected by the motion have joined it, and I find its terms proper. Accordingly, the Joint Motion for Dismissal (dkt. no. 286) is GRANTED. The list of 62 defendants contained in Exhibit A of the Motion (dkt. no. 286-1) is hereby incorporated by reference, and all claims as to those defendants are DISMISSED with prejudice and without costs. In light of the representation that the remaining defendant has filed for bankruptcy protection, the case is stayed pending resolution of the bankruptcy. The parties shall report on the status of the bankruptcy not later than six months from the date of this order.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge